# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| R & S Heating & Air Conditioning, | BK 10-35110 |
| Debtor. | Chapter 11 |

## ORDER APPROVING THE APPOINTMENT OF TRUSTEE

Based upon the Application for Order Approving Appointment of Trustee filed by the United States Trustee,

IT IS ORDERED: The appointment of John R. Stoebner as the chapter 11 trustee in the above case is approved.

Dated: November 18, 2010

BY THE COURT:

*/e/ Gregory F. Kishel*
_____
Gregory F. Kishel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/18/2010*
Lori Vosejpka, Clerk, By lje, Deputy Clerk