UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

R & S Heating & Air Conditioning, Inc.,

Debtor.

Chapter 11

Bky. Case No. 10-35110-GFK

## ORDER APPROVING COMPROMISE

At St. Paul, Minnesota, April 21, 2011.

This case came before the Court on the Trustee's Motion for Approval of Compromise [Doc. No. 136].

Based on the Trustee's motion and arguments, and all of the documents filed in this case, the Court being duly advised in the premises,

**IT IS ORDERED:**

1. The Trustee's settlement with Ike's, LLC of a disputed debt in an amount between $90,000 and $122,949.33, by Ike's payment of $55,000, is approved.

2. This settlement is in the best interests of the Debtor's estate under the factors set forth in *Drexel v. Loomis*, 35 F.2d 800, 806 (8th Cir. 1929). The immediate consideration to be paid by or on behalf of Ike's is reasonable, particularly in light of the delay, expense, and difficulty of collecting on any judgment the Trustee might obtain against Ike's.

*/e/ Gregory F. Kishel*
_____
Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/21/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk